Good morning, Your Honor. Yes, good morning. If the Court will allow, we would just submit it on the briefs. My client is present, and I've discussed this with her, and she's concurred. All right. Well, we appreciate that notice. We do have the briefs and the record, which we have read, and I think all of the issues and the claims we have in mind are well set out in your written material, so we will be able to make a decision based on the records. We appreciate it. Thank you. Thank you to both counsel. The case of Abille v. Johnson is submitted on the briefs per the agreement of the parties. So we will now...
judges: Hug, McKeown, W. Fletcher